UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angela L. Hatchett | : | Case No.: 17-33308 |
| Ronald D. Hatchett | : | Chapter 13 |
| | : | Judge Joan A. Lloyd |
| Debtor. | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 20) AS TO REAL PROPERTY LOCATED AT 2036 LYNN LEA ROAD, LOUISVILLE, KY 40216**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Federal National Mortgage Association ("Fannie Mae"), a Corporation Organized and Existing Under the Laws of the United States of America ("Movant") , by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc., as Docket Number 20; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1.  The Chapter 13 Plan filed herein on behalf of Angela L. Hatchett and Ronald D. Hatchett (collectively, "Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.  In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of April 2018 and subsequent months, incurring a total post-petition arrearage of $3,349.98, which consists of 2 post-petition payments for April 2018 through May 2018

17-035625_BAS

      at $1,334.49 each, and attorney fees and costs of $681.00. There is $547.55 in suspense, which reduces the total post-petition arrearage to $2,802.43

3. In order to eliminate said post-petition delinquency, the Movant is permitted to file a supplemental Proof of Claim in the amount of $2,802.43 representing the total post-petition arrearage detailed above which shall be paid by the Trustee through Debtor's Chapter 13 Plan.

4. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the June 1, 2018 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5. This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Agreed Order: (a) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns shall be terminated without further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:

 /s/ Amy E. Gardner
Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


 /s/ Matthew D. Owen
Matthew D. Owen
539 West Market Street
Suite 400
Louisville, KY  40202
Telephone:  502-648-9392
Email:  Whitford13notice@gmail.com
Attorney for Debtor

Copies to:

   Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY 40202 (notified by ecf)

Matthew D. Owen, Attorney for Debtor, 539 West Market Street, Suite 400, Louisville, KY 40202 (notified by ecf)

Angela L. Hatchett
Ronald D. Hatchett
Debtor, 2036 Lynn Lea Rd, Louisville, KY 40216 (notified by regular US Mail)

Angela L. Hatchett and Ronald D. Hatchett, Debtor, 2036 Lynn Lea Road, Louisville, KY 40216
(notified by regular US Mail)